1  Ann Marie Mortimer (State Bar No. 169077)
2  amortimer@HuntonAK.com
   Jason J. Kim (State Bar No. 221476)
3  kimj@HuntonAK.com
4  Jeff R. R. Nelson (State Bar No. 301546)
   jnelson@HuntonAK.com
5  **HUNTON ANDREWS KURTH LLP**
   550 South Hope Street, Suite 2000
6  Los Angeles, California 90071-2627
7  Telephone:  (213) 532-2000
   Facsimile:  (213) 532-2020
8
9  Attorneys for Plaintiff
10 FACEBOOK, INC.

11              **UNITED STATES DISTRICT COURT**
12              **NORTHERN DISTRICT OF CALIFORNIA**
13

14 FACEBOOK, INC., a Delaware       CASE NO.:  3:19-CV-04556
   corporation,
15                                  **PLAINTIFF FACEBOOK, INC.'S**
16          Plaintiff,              **CERTIFICATION OF INTERESTED**
                                    **PARTIES**
17      v.
18
19 JEDIMOBI TECH PTE. LTD. and
   LIONMOBI HOLDING, LTD.,
20
21          Defendants.
22
23
24
25
26
27
28

## L.R. 3-15 CERTIFICATION OF INTERESTED PARTIES

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Plaintiff Facebook, Inc., certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 6, 2019

**HUNTON ANDREWS KURTH LLP**

By:    /s/ Ann Marie Mortimer
      Ann Marie Mortimer
      Jason J. Kim
      Jeff R. R. Nelson
   Attorneys for Plaintiff
   FACEBOOK, INC.

      Jessica Romero
      Tyler Smith
      Michael Chmelar
      Platform Enforcement and Litigation
      Facebook, Inc.

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

073923.0000042 EMF_US 75448840v1

1

PLAINTIFF FACEBOOK, INC.'S CERTIFICATION OF INTERESTED PARTIES
3:19-cv-04556