|   |   |
|---|---|
| 1 | Ann Marie Mortimer (State Bar No. 169077) |
| 2 | amortimer@HuntonAK.com |
|   | Jason J. Kim (State Bar No. 221476) |
| 3 | kimj@HuntonAK.com |
| 4 | Jeff R. R. Nelson (State Bar No. 301546) |
|   | jnelson@HuntonAK.com |
| 5 | **HUNTON ANDREWS KURTH LLP** |
| 6 | 550 South Hope Street, Suite 2000 |
|   | Los Angeles, California 90071-2627 |
| 7 | Telephone:  (213) 532-2000 |
| 8 | Facsimile:  (213) 532-2020 |
| 9 | Attorneys for Plaintiff |
| 10 | FACEBOOK, INC. |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| FACEBOOK, INC., a Delaware corporation, | CASE NO.:  3:19-CV-04556 |
|---|---|
| Plaintiff, | **PLAINTIFF FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. |   |
| JEDIMOBI TECH PTE. LTD. and LIONMOBI HOLDING, LTD., |   |
| Defendants. |   |

# RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Facebook, Inc. ("Facebook") states as follows:

1. Facebook has no parent corporation.
2. No publicly held corporation owns 10 percent or more of Facebook's stock.

Dated: August 6, 2019                                  **HUNTON ANDREWS KURTH LLP**

                                                       By:   /s/ Ann Marie Mortimer
                                                             Ann Marie Mortimer
                                                             Jason J. Kim
                                                             Jeff R. R. Nelson
                                                       Attorneys for Plaintiff
                                                       FACEBOOK, INC.

                                                             Jessica Romero
                                                             Tyler Smith
                                                             Michael Chmelar
                                                             Platform Enforcement and
                                                             Litigation
                                                             Facebook, Inc.

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

073923.0000042 EMF_US 75449086v2

1

PLAINTIFF FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT
3:19-cv-04556