# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CASE No C 3:19-cv-04556-LB

FACEBOOK, INC., a Delaware corporation,
Plaintiff(s)

v.

ADR CERTIFICATION BY
PARTIES AND COUNSEL

JEDIMOBI TECH PTE. LTD. and
LIONMOBI HOLDING, LTD.,

Defendant(s)

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: October 17, 2019        /s/ Michael Chmelar
                              Party: Michael Chmelar on behalf of
                                      Facebook, Inc.

Date: October 17, 2019        /s/ Jeff R. R. Nelson
                              Attorney for Plaintiff
                              Facebook, Inc.

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:  October 17, 2019       /s/ Jeff R. R. Nelson
                              Attorney for Plaintiff
                              Facebook, Inc.

*Important!* **E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."**

