**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiff
FACEBOOK, INC.

*Additional counsel on following page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JEDIMOBI TECH PTE. LTD. and LIONMOBI HOLDING, LTD.,<br><br>Defendants. | CASE NO.:  4:19-CV-04556-SBA<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Current CMC Date:     January 9, 2020<br>Proposed CMC Date:   March 5, 2020<br><br>Complaint Filed               August 6, 2019 |

**MITCHELL + COMPANY**
Brian E. Mitchell (State Bar No. 190095)
brian.mitchell@mcolawoffices.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3515

**GUTNICKI LLP**
Aharon S. Kaye (admitted *Pro Hac Vice*)
akaye@gutnicki.com
4711 Golf Road, Suite 200
Skokie, Illinois 60076
Telephone: (847) 745-6594

Attorneys for Defendants
JEDIMOBI TECH PTE. LTD. and
LIONMOBI HOLDING, LTD.

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Plaintiff Facebook, Inc. and Defendants JediMobi Tech Pte. Ltd. and LionMobi Holding, Ltd. stipulate that:

1. The original scheduling order set the Initial Case Management Conference for November 7, 2019. Magistrate Judge Beeler continued the Conference until December 12, 2019 given that Defendants had not yet appeared. On November 22, 2019 the case was reassigned and the Court set the Initial Case Management Conference for January 9, 2020.

2. The parties have engaged in extensive settlement negotiations since the inception of the lawsuit and are close to finalizing the key terms of the settlement. The parties presently are in the process of reducing those terms to a definitive written agreement, as well as a stipulated injunction to be presented for the Court's approval.

3. In light of the progress of the parties' discussions, the parties agree it makes sense to continue to focus their efforts on the ongoing settlement discussions. The parties further agree that doing so will conserve Court and party resources, particularly if the parties can finalize an agreement and avoid further litigation. Accordingly, the parties jointly and respectfully request the Court continue the Initial Case Management Conference, as well as any corresponding Rule 26(f) related deadlines, from January 9, 2020 to March 5, 2020 or the next available date on the Court's calendar.

**NOW, THEREFORE**, the parties stipulate and agree:

1. The Initial Case Management Conference set for January 9, 2020 should be continued to March 5, 2020 or a later date more convenient to the Court.

2. All corresponding Rule 26(f) related deadlines should be extended.

Dated: December 24, 2019        **HUNTON ANDREWS KURTH LLP**

By:   /s/ Jeff R. R. Nelson
    Ann Marie Mortimer
    Jason J. Kim
    Jeff R. R. Nelson

    Attorneys for Plaintiff
    FACEBOOK, INC.

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

| | |
|---|---|
| Dated: December 23, 2019 | **MITCHELL + COMPANY** |
| | By: /s/ Brian E. Mitchell |
| | Brian E. Mitchell |
| | GUTNICKI LLP |
| | Aharon S. Kaye |
| | |
| | Attorneys for Defendants |
| | JEDIMOBI TECH PTE. LTD. and |
| | LIONMOBI HOLDING, LTD. |

### Signature Attestation Pursuant to Local Rule 5-1(i)(3)

I, Jeff R. R. Nelson, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 24, 2019

By: /s/ Jeff R. R. Nelson
Jeff R. R. Nelson

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____   By: _____
SAUNDRA BROWN ARMSTRONG
United States District Judge