**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiff
FACEBOOK, INC.

*Additional counsel on following page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JEDIMOBI TECH PTE. LTD. and LIONMOBI HOLDING, LTD.,<br><br>Defendants. | CASE NO.:  4:19-CV-04556-SBA<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Current CMC Date:     March 26, 2020<br>Proposed CMC Date:   June 25, 2020<br><br>Complaint Filed               August 6, 2019<br><br>[*Declaration of Jeff R. R. Nelson filed concurrently herewith*] |

| | |
|---|---|
| 1 | **MITCHELL + COMPANY** |
| 2 | Brian E. Mitchell (State Bar No. 190095) |
|   | brian.mitchell@mcolawoffices.com |
| 3 | 4 Embarcadero Center, Suite 1400 |
| 4 | San Francisco, California 94111 |
|   | Telephone:  (415) 766-3515 |
| 5 | |
| 6 | **GUTNICKI LLP** |
|   | Aharon S. Kaye (admitted *Pro Hac Vice*) |
| 7 | akaye@gutnicki.com |
| 8 | 4711 Golf Road, Suite 200 |
|   | Skokie, Illinois 60076 |
| 9 | Telephone:  (847) 745-6594 |

Attorneys for Defendants
JEDIMOBI TECH PTE. LTD. and
LIONMOBI HOLDING, LTD.

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 4:19-CV-04556-SBA

Plaintiff Facebook, Inc. and Defendants JediMobi Tech Pte. Ltd. and LionMobi Holding, Ltd. (together, "Defendants") stipulate as follows:

1. The original scheduling order set the Initial Case Management Conference ("CMC") for November 7, 2019. ECF No. 6. Given Defendants had yet to appear in the action, Magistrate Judge Beeler continued the CMC until December 12, 2019. ECF No. 15. On November 22, 2019, after Defendants declined consent to magistrate jurisdiction, the case was reassigned to this Court, which set the CMC for January 9, 2020. ECF No. 22. On December 24, 2019, based upon a stipulation of the parties, the Court continued the CMC to March 26, 2020. ECF No. 26.

2. As noted in the parties' December 24, 2019 stipulation, the parties have been engaged in extensive settlement negotiations and the parties' negotiations have progressed significantly since the last continuance. In particular, the parties have exchanged draft settlement documents, and they believe they have an agreement in principle with respect to key material terms, including the terms of a stipulated injunction that ultimately will be presented for the Court's approval.

3. In light of the progress of the parties' discussions, the parties believe their efforts would best be devoted to finalizing a settlement. Accordingly, the parties jointly and respectfully request the Court continue the CMC, as well as any corresponding Rule 26(f) related deadlines, from March 26, 2020 to June 25, 2020 or the next available date on the Court's calendar. Doing so will conserve Court and party resources, particularly given the extensive progress made to resolve this dispute.

**NOW, THEREFORE**, the parties stipulate and agree:

1. The March 26, 2020 Initial Case Management Conference should be continued to June 25, 2020 or a later date more convenient to the Court.
2. All corresponding Rule 26(f) related deadlines should be extended.

| | |
|---|---|
| Dated: March 11, 2020 | **HUNTON ANDREWS KURTH LLP** |
| | By: /s/ Jeff R. R. Nelson |
| | Ann Marie Mortimer |
| | Jason J. Kim |
| | Jeff R. R. Nelson |
| | |
| | Attorneys for Plaintiff |
| | FACEBOOK, INC. |
| | |
| Dated: March 11, 2020 | **MITCHELL + COMPANY** |
| | By: /s/ Brian E. Mitchell |
| | Brian E. Mitchell |
| | GUTNICKI LLP |
| | Aharon S. Kaye |
| | |
| | Attorneys for Defendants |
| | JEDIMOBI TECH PTE. LTD. and |
| | LIONMOBI HOLDING, LTD. |

### Signature Attestation Pursuant to Local Rule 5-1(i)(3)

I, Jeff R. R. Nelson, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 11, 2020

By: /s/ Jeff R. R. Nelson
Jeff R. R. Nelson

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 12, 2020       By: *Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627